# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135505

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 135505
                                           COA: 280830
                                           Genesee CC: 05-017441-FC

CARL WAYNE RUCKER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008                               _____
                                               Clerk

l0317